OPINION — AG — ** SCHOOL ATTENDANCE — COMMERCIAL COLLEGE — ELIGIBILITY ** IF THE STUDENT REFERRED TO IS ATTENDING THE COMMERCIAL COLLEGES IN GOOD FAITH AND ARE RECEIVING INSTRUCTION EQUIVALENT TO THAT GIVEN IN THE PUBLIC SCHOOLS, THEN THEY ARE NOT VIOLATING THE LAW COMPELLING SCHOOL ATTENDANCE OF PERSONS BETWEEN THE AGES OF SEVEN AND EIGHTEEN; BUT THAT, OTHERWISE, SUCH STATUTE IS BEING VIOLATED. (PARENT, COMPELLED ATTENDANCE, INSTRUCTIONS) CITE: 70 O.S. 10-10 [70-10-10] (J. H. JOHNSON)